UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR117-072 |
| | ) | |
| ADONIS ELIJAH MOMENT | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Brooks K. Hudson** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Brooks K. Hudson be granted leave of absence for the following periods: **June 28, 2018 through July 5, 2018.**

This 21st day of June, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA